U.S.D.J. KIYO A. MATSUMOTO          DATE: 6/25/2019          TIME: 10:00am - 11:15am.

Case 1:19-cr-00277-KAM   Document 8   Filed 06/25/19   Page 1 of 1 PageID #: 33

## CRIMINAL CAUSE FOR RE-PLEADING

**USA - v- SKORNIKI**                                    Docket No.: **19 CR 277 [KAM]**

Defendant: **ZWI SKORNIKI**

**X** present     __ not present   _ custody     **X** bail

Def. Counsel: **Michael Yaegar**

**X** present          __ not present        _LAS   **X** _RET     __ CJA

AUSA: **Alixandra Smith**        Clerk/Deputy  **S. Jackson**              Court Reporter **Georgette Betts**

**X**     Case Called                                    __**X** Defendant's First Appearance

**X**     Defendant: **X**  Sworn **X**   Arraigned **X**   Informed of Rights

**X**     Waiver of Indictment Executed for Defendant

**X**     Superceding Indictment/Information Filed

**X**     Defendant Enters Guilty Plea to Count(s) **all** of the **Information**

**X**     Court Finds Factual Basis for the Plea

**X**     Sentencing is scheduled for **9/23/2019 at 11:00a.m.**

**X**     PRB Bond: **X**   Set ____ Continued for Defendant ____ Continued in Custody

____     Case Adjourned to ____/____/____ at _____

**X**     Court accepts the Plea of Guilty.

**X**     Transcript Ordered
**X**     Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32
        with regards to objections or comments to the Presentence Report (PSR). Defense counsel must
        respond to PSR within two weeks of receipt of the psr, the government will respond one week
        thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

**X**     Sentencing motions/submissions or letters of support on behalf of the defendant (apart from
        PSR objections) shall be submitted as follows:
        defendant's sentencing submissions/motions shall be served and filed by **9/5/2019**, the government will
        respond by **9/12/2019**, and any reply by defendant, due by **9/19/2019.**

**X**     The court respectfully request that the parties provide chambers with two hard courtesy copies of all
        sentencing submissions and one copy to the Probation Department.