

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PTH
F. #2017R00353

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 9, 2019

By ECF

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zwi Skornicki
                  Criminal Docket No. 19-277 (KAM)

Dear Judge Matsumoto:

      The government respectfully requests an adjournment of the sentencing in the above-captioned case, which is currently scheduled for September 23, 2019. The government requests that the sentencing be adjourned until a date during the weeks of January 13, 2020 or January 20, 2020, which the government understands from Your Honor's clerk are convenient weeks for the Court. Defense counsel consents to the adjournment of the sentencing to a date during either of those weeks.

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                      By:    /s/ Patrick T. Hein
                                Patrick T. Hein
                                Assistant U.S. Attorney
                                (718) 254-6284

cc:    Clerk of Court (KAM) (by ECF)
       Michael Padula, Esq. (by E-mail)