

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PTH
F. #2017R00353

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 16, 2019

By ECF

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Zwi Skornicki
      Criminal Docket No. 19-277 (KAM)

Dear Judge Matsumoto:

  The government writes on behalf of the parties to respectfully request an adjournment of the sentencing in the above-captioned case, which is currently scheduled for January 15, 2020. The parties request that the sentencing be adjourned until one of the following dates in April 2020, which the parties understand are convenient for the Court: April 3, 6, 7, 20, 21, 22, 23 or 24.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

      By: /s/ Patrick T. Hein
         Patrick T. Hein
         Assistant U.S. Attorney
         (718) 254-6284

cc: Clerk of Court (KAM) (by ECF)
   Michael Yaeger, Esq. (by E-mail)