# EXHIBIT A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
 UNITED STATES OF AMERICA,           :    11Cr1056 (DLC)
                                     :
                                     :         ORDER
             -v-                     :
                                     :
                                     :
 EBERHARD REICHERT,                  :
                         Defendant.  :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On April 1, 2020, the defendant requested that his sentencing be conducted by videoconference or telephone conference from his home in Germany on account of the ongoing COVID-19 pandemic.  The Government does not object to the defendant's application.  Accordingly, it is hereby

ORDERED that the defendant's request to proceed with his sentencing by videoconference or telephone conference is granted.

IT IS FURTHER ORDERED that the sentencing is scheduled for Friday, **April 17, 2020** at **1:00 pm**.

IT IS FURTHER ORDERED that, unless the Court has arranged for a videoconference for the sentencing prior to April 17, the sentencing will proceed telephonically using the following dial-in credentials:

```
          Dial-in:        888-363-4749
          Access code:    4324948
```

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that, at the beginning of the proceeding, the Court will inquire of the defendant as to whether he consents to proceed telephonically.

Dated:   New York, New York
         April 3, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge

2